**IT IS SO ORDERED.**

**SIGNED THIS: January 11, 2008**

_____
**MARY P. GORMAN**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JOHN ROBERT LUEDTKE, | ) | CASE NO. 07-70924 |
| | ) | |
| Debtor. | ) | |

**ORDER CONFIRMING DEBTOR'S AMENDED PLAN OF LIQUIDATION**

  The Debtor's Amended Plan of Liquidation (hereinafter the "Plan") propounded pursuant to Chapter 11 of the Bankruptcy Code, 11 U.S.C. Sections 1101, et seq. (hereinafter "Chapter 11"), and filed by John Robert Luedtke (hereinafter the "Debtor") September 10, 2007, as Document Number 218, having been transmitted to all interested creditors and claimholders; and

  It having been determined after hearing on notice that:

  1. The Plan has been accepted in writing by the creditors and claimholders whose acceptances are required by law;

  2. The provisions of Chapter 11 have been complied with, and that the Plan has been proposed in good faith and not by any means forbidden by law;

  3. Each holder of a claim or interest has accepted the Plan or –

   a. will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor was liquidated under Chapter 7 of the Bankruptcy Code on such date, or

    b. the Plan does not discriminate unfairly, and it is fair and equitable, with respect to each class of claims or interests that is impaired thereunder, who have not accepted the Plan.

4. All payments made or promised by the Debtor for services or for costs and expenses in, or in connection with the Plan, and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed from time to time after confirmation of the plan, will be subject to the approval of the Court.

5. That Debtor shall remain as Debtor In Possession until further notice of this Court, or the entry of a Final Decree herein, whichever shall occur first.

Therefore, for the reasons stated in open Court on January 4, 2008, it is hereby Ordered as follows:

That the Plan, as filed herein by the Debtor on September 10, 2007, is hereby Confirmed.

That, on and after the date of this Order, the monthly reports as heretofore required to be filed by Debtor is hereby suspended, except as to the post-confirmation reports required by the offices of the United States Trustee until a final Decree is entered by this Court.

That this Court shall specifically retain jurisdiction of this cause to determine any disputes which might hereafter arise with respect to any claims filed herein to which an objection has been filed by any interested parties, including the Debtor, and any collection of and/or the turnover of any assets of this estate, as well as any other matters affecting this estate pursuant to the Bankruptcy Code until a Final Decree has been entered.

###